

To: Michael Williams, Clerk of Court

From: Christopher R. Barclay, Chapter 7 Trustee

Case Name: Tammara Suzanne Ryder-Twamley

Case Number: 19-04188-CL7

Date: June 14, 2023

## TRANSMITTAL OF UNCLAIMED FUNDS

## IN CHAPTER 7 CASE

    It has been more than ninety days after the final distribution under 11 U.S.C. § 726. I have stopped payment on any check remaining unpaid. I am paying into the court all unclaimed funds. Attached is Check # 2016 in the total amount of $32,806.80 which comprises the unclaimed or uncashed funds payable to the Registry of the U.S. Bankruptcy Court.

    Pursuant to Federal Rule of Bankruptcy Procedure 3011, I am submitting a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is being paid into court pursuant to 11 U.S.C. § 347(a).

| **Name and Address of Entity** | **Claim Amount** |
|---|---|
| Tammara Suzanne Ryder-Twamley<br>23067 Teil Glen Road<br>Wildomar, CA 92595<br>(Surplus funds to debtor) | $32,806.80 |